# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

|  |  |
|---|---|
| IN RE: ) | CHAPTER 7<br>BKY CASE NO. 96-31163 |
| ) |  |
| Daniel Marvin Kramer, ) |  |
| ) |  |
| Debtor. ) |  |

## NOTICE OF SALE

TO:   The United States Trustee, all creditors and other parties in interest.

On August 28, 2015, or as soon thereafter as the transaction may be completed, the undersigned trustee of the estate of the debtor named above will sell property of the estate as follows:

Debtor has a marital lien in the amount of $13,000.00 on the property located at 7717 Keats Avenue, Cottage Grove, County of Washington, State of Minnesota and legally described as

The East 467 feet of the South 467 feet of the Northeast Quarter of the Southeast Quarter of Section 10, Township 27, Range 21, Washington County, Minnesota.  (the Property)

The Debtor's ex-wife, Elizabeth Ann Kramer, is selling the property to Keats Land, LLC for $380,000.00.  From sale of the Property, the bankruptcy estate will receive $13,000.00 to pay the marital lien in full.  The Debtor claimed an exemption to the lien in the amount of $3,600.00, which will be paid to the Debtor.

**OBJECTION:   MOTION:   HEARING**.  Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date.  If an objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate.  If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing.  The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee.

| Clerk of Court | United States Trustee | Trustee |
|---|---|---|
| 200 U.S. Courthouse | 1015 U.S. Courthouse | 8687 Eagle Point Blvd. |
| 316 North Robert Street | 300 South Fourth Street | Lake Elmo, MN  55042 |
| St. Paul, MN 55101 | Minneapolis, MN 55415 |  |

Dated: August 6, 2015                                         __/e/ Michael J. Iannacone____
                                                                                          Trustee

Iannacone Law Office P.L.L.C.
Michael J. Iannacone Trustee
8687 Eagle Point Blvd.
Lake Elmo, MN  55042

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:  Daniel Marvin Kramer | CASE NO: 96-31163 |
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 7 |
| | ECF Docket Reference No. |
| | Judge: Katherine A. Constantine |
| | Hearing Location: |
| | Hearing Date: |
| | Hearing Time: |
| | Response Date: |

On 8/6/2015, I did cause a copy of the following documents, described below,

Notice of Sale,

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 8/6/2015

/s/ Michael J. Iannacone Trustee
Michael J. Iannacone Trustee  48719
Iannacone Law Office P.L.L.C.
8687 Eagle Point Blvd.
Lake Elmo, MN  55042
651 224 3361
knt@iannacone.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Daniel Marvin Kramer | CASE NO: 96-31163<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 7<br>ECF Docket Reference No.<br>Judge: Katherine A. Constantine<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 8/6/2015, a copy of the following documents, described below,

Notice of Sale,

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/6/2015

/s/ Jay S. Jump
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Iannacone Law Office P.L.L.C.
Michael J. Iannacone Trustee
8687 Eagle Point Blvd.
Lake Elmo, MN  55042

PARTIES DESIGNATED AS "*" WERE NOT SERVED VIA FIRST CLASS USPS MAIL SERVICE.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

LABEL MATRIX FOR LOCAL NOTICING
0864-3
CASE 96-31163
DISTRICT OF MINNESOTA
ST PAUL
THU AUG 6 11-55-27 CDT 2015

SEARS ROEBUCK & CO(50322)
P O BOX 3671
DES MOINES IA 50323-0671

*EXCLUDE*

~~US TRUSTEE~~
~~1015 US COURTHOUSE~~
~~300 S 4TH ST~~
~~MINNEAPOLIS MN 55415-3070~~

*EXCLUDE*

~~ST PAUL~~
~~200 WARREN E BURGER FEDERAL BUILDING~~
~~AND~~
~~US COURTHOUSE~~
~~316 N ROBERT ST~~
~~ST PAUL MN 55101-1465~~

INVER GROVE FORD
4725 S ROBERT TRAIL
INVER GROVE HGTS MN 55077-1113

MBNA AMERICA
SUCCESSOR TO MARYLAND BANKL
CO BECKET & LEE
PO BOX 3001 DEPT N
MALVERN PA 19355-0701

MN DEPT OF REVENUE
COLLECT ENFORCEMENT UNIT
551 BANKRUPTCY SECTION
PO BOX 64447
ST PAUL MN 55164-0447

STATE OF MINNESOTA
DEPT OF MANPOWER SERVICES
390 N ROBERT ST
ST PAUL MN 55101-1805

STATE OF MINNESOTA
DEPT OF TAXATION
CENTENNIAL OFFICE BLDG
ST PAUL MN 55145-0001

UNION PLANTERS BANK
PO BOX 1167
MEMPHIS TN 38101-1167

UNION PLANTERS NATL BANK
CO KYLE A COOPER
2210 GREENE WAY BOX 20987
LOUISVILLE KY 40220-4025

UNITED STATES ATTORNEY
600 US COURTHOUSE
300 SOUTH 4TH STREET
MINNEAPOLIS MN 55415-3070

*EXCLUDE*

~~UNITED STATES TRUSTEE~~
~~1015 US COURTHOUSE~~
~~300 SOUTH 4TH STREET~~
~~MINNEAPOLIS MN 55415-3070~~

US WEST VISA
PO BOX 5025
PORTLAND OR 97208-5025

WASHINGTON COUNTY SHERIFF
WASHINGTON COUNTY COURTHOUSE
STILLWATER MN 55082

*DEBTOR*

WELLS FARGO BANK
PO BOX 29475
PHOENIX AZ 85038-9475

WELLS FARGO BANK
PO BOX 29476
PHOENIX AZ 85038-9476

DANIEL MARVIN KRAMER
12075 GREY CLOUD TRAIL
COTTAGE GROVE MN 55016-4200

*EXCLUDE*

~~DON LATTIMORE~~
~~LATTIMORE MOONEY & MALCHOW~~
~~101 E FIFTH ST STE 800~~
~~ST PAUL MN 55101-2233~~

HAROLD KAMRATH
326 GLENN ROAD
ALBERT LEA MN 56007-2232

*EXCLUDE*

~~MICHAEL J IANNACONE~~
~~8687 EAGLE POINT BLVD~~
~~LAKE ELMO MN 55042-0620~~